# United States Court of Appeals for the Fifth Circuit

————————

No. 23-50109
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**

August 18, 2023

Lyle W. Cayce
Clerk

Ben Ogbodiegwu,

*Plaintiff—Appellant*,

*versus*

Kilolo Kijakazi, *Acting Commissioner of Social Security*,

*Defendant—Appellee*.

————————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-600

————————————————————————

Before Jones, Smith, and Ho, *Circuit Judges*.

Per Curiam:[*]

Having carefully considered this appeal in light of the parties' briefs, the magistrate judge and district court decisions, and pertinent portions of the record, we find no reversible error of fact or law.

————————————————

[*] Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 23-50109

The district court correctly dismissed Appellant's case for failure to exhaust his administrative remedies in his dispute over alleged overpayments of Social Security benefits. He did not exhaust following the Social Security Administration's Notice of Reconsideration in November 2021 by timely requesting a hearing. 20 C.F.R. § 404.921; *see also* 42 U.S.C. § 405(g) (limiting judicial review to a "final decision of the Commissioner of Social Security made after a hearing"). His additional issues, to the extent we can discern them, are meritless.

AFFIRMED.